

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to February 2, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:    Jorge G. Aristotelidis               Nico Lahood
Aristotelidis & Moore                  DA, Bexar County
310 S. St. Mary's St. #1830           101 W. Nueva, Suite 370
San Antonio, TX 78205                San Antonio, TX 78205